The People of the State of New York, Respondent, v. Edward Bogan

and Another, Appellants.— Judgment affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.